UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                            RE:    Robert Gene SPENCER
                                    Docket Number:   2:06CR00442-01
                                    <u>ADVANCEMENT OF DISPOSITIONAL</u>
                                    <u>HEARING TO DECEMBER 16, 2008,</u>
                                    <u>AT 9:15 A.M.</u>

Your Honor:

On November 4, 2008, Mr. Spencer admitted to Charge 1 of the Superseding Prob 12C Petition filed on October 24 , 2008, and a dispositional hearing was set for January 13, 2009, at 9:15 a.m.

On November 14, 2008, Mr. Spencer submitted a urine sample which tested positive for Marijuana. Based on his continued drug use, the probation officer is recommending advancement of the dispositional hearing to December 16, 2008, at 9:15 a.m.

                            Respectfully submitted,

                            /s/ Shari R. Simon

                          **SHARI R. SIMON**
                          **United States Probation Officer**

Dated:       December 1, 2008
                Roseville, California
                :srs/cd

**REVIEWED BY:**      <u>   /s/ Richard A. Ertola   </u>
                               **RICHARD A. ERTOLA**
                               **Supervising United States Probation Officer**

cc:    Michelle Rodriguez, Assistant United States Attorney
       Jeffery L. Staniels, Assistant Federal Defender

RE: Robert Gene SPENCER
Docket Number: 2:06CR-000442-01
<u>**ADVANCEMENT OF DISPOSITIONAL HEARING
TO DECEMBER 16, 2008, AT 9:15 A.M.**</u>

AGREE: ____✔_____          DISAGREE: _____

_____   <u>December 3, 2008</u>
**LAWRENCE K. KARLTON**                      DATE
Senior United States District Judge